**William COOPER, Appellant,**

v.

**Jim JONES, et al., Respondent.**

**No. WD 41193.**

Missouri Court of Appeals, Western District.

Sept. 19, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 1989.

Application to Transfer Denied Dec. 12, 1989.

William Cooper, Moberly, pro se.

William L. Webster, Atty. Gen., Kevin M.J. Crane, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and MANFORD and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from a civil judgment denying a pro se inmate's claims of infringment of constitutional rights in violation of 42 U.S.C. § 1983.

Judgment affirmed. Rule 84.16(b).